**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1732

ELLIS HARLEY BARBER, Medicine Priest on behalf of Melissa
Akers; AMERICAN INDIAN MINISTRIES,

            Plaintiffs – Appellants,

    v.

FEDERAL BUREAU OF INVESTIGATION; GOVERNOR; HOWARD COUNTY,
Chief,

            Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:09-cv-01499-WMN)

Submitted:  October 20, 2009     Decided:  October 23, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ellis Harley Barber, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Harley Barber appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barber v. Fed. Bureau of Investigation, No. 1:09-cv-01499-WMN (D. Md. June 19, 2009). We also deny Barber's motion for hearing and emergency injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED